### J. F. BUCK V. DAVID KELLEY, *et al.*

ACTION by *Kelley, Maus & Co.* upon a promissory note made by P. H. Smith and *J. F. Buck* to plaintiffs.  *Buck* in defense alleged that he was a surety on the note, and had been released by the extension of time of payment, which defense plaintiffs denied.  Trial at the January Term, 1886, of the superior court of Shawnee county.  Verdict and judgment for plaintiffs for $609.20.  *Buck* brings the case here.

*J. H. Collier*, for plaintiff in error.

*A. Bergen*, for defendants in error.

*Per Curiam:* This action was tried in the superior court of Shawnee county, before the judge and a jury.  The court sustained a demurrer to the evidence of the defendant, and directed the jury to find a verdict for the plaintiffs.  The defendant below, plaintiff in error, filed no motion for a new trial. Therefore the judgment must be affirmed.  (*Pratt v. Kelley,* 24 Kas. 111; *Gruble v. Ryus,* 23 id. 195, and cases therein cited.)